# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Received
U.S. Marshals Service
Abingdon, VA
12:52 pm, Jun 26 2020

United States of America
v.

JAMES BROWN

*Defendant*

Case No. 1:20mj92

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMES BROWN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1001(a)(2)  False, fictious, or fraudulent statement or representation to the US Government.

42 USC 3631(a)  Criminal interference with fair housing.

Date: 6/26/20

*Issuing officer's signature*

City and state: Abingdon, VA

Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/26/2020 , and the person was arrested on *(date)* 06/26/2020
at *(city and state)* W/ VA .

Date: 06/26/2020

*Arresting officer's signature*

Jim Satterwhite, USMS for FBI
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: James Brown

Known aliases: 

Last known residence: 423 Pearl Avenue Marion, VA 24354

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 631-205-3506

Place of birth: 

Date of birth: 09/22/1979

Social Security number: 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

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: