APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.

JAMES BROWN

CASE NO.: 1:20mj92

DATE: 6/26/20

TYPE OF HEARING: INITIAL APPEARANCE

*************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Zach Lee
3. Nancy Dickenson
4. James Brown
5. 
6. 
7. 
8. 
9. 
10. 

*************************************************************************

Recorded by: ELLA SURBER

Time in Court: 4:52-4:58

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:52 | 1,4 | | | | | | | | |
| | 1,3 | | | | | | | | |
| | 1,4 | | | | | | | | |
| 4:55 | 2,1 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1,2,3 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |