**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

**CRIMINAL MINUTES -DETENTION HEARING**

**Case No.:** 1:20MJ92  **Date:** 6/30/20

**Defendant:** James Brown; custody     **Counsel:** Nancy Dickenson; AFPD

| PRESENT: | JUDGE: | Pamela Meade Sargent | TIME IN COURT: 1:32-2:21 |
| | Deputy Clerk: | Ella Surber | 2:37-3:20= 1 hr 32 min |
| | Court Reporter: | Ella Surber, FTR | |
| | U. S. Attorney: | Zachary Lee | |
| | USPO: | Ryan Thayer | |
| | Case Agent: | N/A | |
| | Interpreter: | N/A | |

**Proceedings:**

☐ Government moves for detention.
☐ Government moves for continuance of detention hearing.
☐ Defendant(s) moves for continuance of detention hearing.
☐ Detention hearing continued to New hearing date.
☒ Detention & Preliminary Exam hearing held – Govt relies on the affidavit to the criminal complaint; Deft evidence (Chad Potter; Viani Ayala) both sides rest; argument presented as to detention and probable cause
☒ Findings of Fact – Court finds probable cause and finds there are conditions of release that can be imposed to allow the defendant to be released on bond

☐ Court grants motion for detention. Written detention order will follow.
☒ Court denies motion for detention. Defendant will be released on $25,000 unsecured bond into 3rd party custody of Viani Ayala.

In addition to the standard conditions of release, the following special conditions of release are imposed:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case. Shall have no contact whatsoever with the victim or her family in this case. Must not be present on the victim's property.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall continue to reside at his/her current residence and shall not change residences without the permission of the probation officer. The only persons allowed in the home are Viana Ayla and his children.
(c) The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer; shall submit to random pill counts as directed by the probation officer.
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.

(h) The defendant shall not associate with any known users/possessors/distributors or manufacturers of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used, possessed, manufactured and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.

(i) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

(j) If the defendant possesses a passport, he/she shall surrender his/her passport to the U.S. Probation Office to be held pending further order of the court; if the defendant does not currently possess a passport, the defendant shall not apply to obtain a passport.