APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:20MJ92

v.

DATE: 6/30/20

JAMES BROWN

TYPE OF HEARING: DETENTION & PRELIMINARY EXAM

****************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ    6. Viani Ayla
2. Zachary Lee                   7.
3. Nancy Dickenson               8.
4. James Brown                   9.
5. Chad Potter                   10.

****************************************************************************

Recorded by: ELLA SURBER          Time in Court: 1:32-2:21

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:32 | 1,2 |  | 1,3 | 3:17 | 1,4 |  |  |  |  |
| 1:34 | 3,5 | ↓ |  | ↓ |  |  |  |  |  |
| ↓ |  | Recess |  |  | 2,1,3 |  |  |  |  |
|  | 1,2 | 2:37 | 1,3 | 3:18 | 4 |  |  |  |  |
| 1:51 | 3,5 |  | 1,6 |  |  |  |  |  |  |
| ↓ |  | 2:39 | 3,6 |  |  |  |  |  |  |
| 2:15 | 2,5 | ↓ |  |  |  |  |  |  |  |
| ↓ |  | 2:43 | 2,6 |  |  |  |  |  |  |
| 2:17 | 1,5 | ↓ |  |  |  |  |  |  |  |
| ↓ |  | 2:49 | 1,6 |  |  |  |  |  |  |
| 2:18 | 3,5 | ↓ |  |  |  |  |  |  |  |
| ↓ |  | 2:51 | 3,1 |  |  |  |  |  |  |
| 2:20 | 2,5 | 2:53 | 2 |  |  |  |  |  |  |
|  |  |  | 1,3 |  |  |  |  |  |  |