# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **FINDING OF PROBABLE CAUSE** |
| | ) | |
| **v.** | ) | **Case No.:  1:20mj00092-001** |
| | ) | |
| **JAMES BROWN,** | ) | |
| **Defendant** | ) | |

Pursuant to Federal Rule of Criminal Procedure Rule 5.1, the defendant was brought before the court on June 30, 2020, for a preliminary hearing on charges that he had violated 18 U.S.C. § 1001 by making a material false statement, and 42 U.S.C. § 3631(a) by interfering with fair housing rights. Based on the evidence presented, including that contained in the Criminal Complaint, I find that probable cause exists to show that the defendant has committed the alleged offenses.

**ENTERED:**      July 1, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE