| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | **FOR COURT USE ONLY** DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Nancy C. Dickenson | TELEPHONE NUMBER<br>276-619-6080 |
|---|---|---|
| DATE OF REQUEST<br>7.1.2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>nancy_dickenson@fd.org | |
| MAILING ADDRESS<br>201 Abingdon Place | | CITY, STATE, ZIP CODE<br>24211 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR    CHECK HERE  ✔  IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>1:20MJ92 | CASE NAME<br>US v. James Brown | JUDGE'S NAME<br>Sargent |
| DATE(S) OF PROCEEDING(S)<br>6.30.2020 | TYPE OF PROCEEDING(S)<br>Detention & Preliminary Exam Hearing | LOCATION OF PROCEEDING<br>Abingdon |

REQUEST IS FOR: (*Select one*)  ✔  FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- ✔ Ordinary (30-Day)
- ☐ 14-Day
- ☐ Expedited (7-Day)
- ☐ 3-Day
- ☐ Daily
- ☐ Hourly
- ☐ RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>7.1.2020 | SIGNATURE<br>s/Nancy Dickenson-Vicars |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**      **RESET FORM**