| AO435<br>(Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER FORM** || **FOR COURT USE ONLY**<br><br>**DUE DATE:** |
|---|---|---|---|
| *Please Read Instructions on Page 2.* ||||
| 1. **REQUESTOR'S INFORMATION:** | NAME<br><br>Zachary T. Lee || TELEPHONE NUMBER<br><br>276-628-4161 |
| DATE OF REQUEST<br><br>07/01/2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br><br>USAVAW.ECFAbingdon@usdoj.gov |||
| MAILING ADDRESS<br><br>180 West Main Street, Suite B-19 ||| CITY, STATE, ZIP CODE<br><br>Abingdon, VA 24210 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR   CHECK HERE   [ ]   IF HEARING WAS RECORDED BY FTR |||
| CASE NUMBER<br><br>1:20MJ92 | CASE NAME<br><br>US v. James Brown || JUDGE'S NAME<br><br>Sargent |
| DATE(S) OF PROCEEDING(S)<br><br>06/30/2020 | TYPE OF PROCEEDING(S)<br><br>Bond hearing || LOCATION OF PROCEEDING<br><br>Abingdon, VA |
| REQUEST IS FOR: (*Select one*)   [ ] FULL PROCEEDING   OR   [✓] SPECIFIC PORTION(S) (*Must specify below*)<br><br>SPECIFIC PORTION(S) REQUESTED (*If applicable*):<br><br>testimony of witness, Viani Ayala ||||
| 3. **SERVICE TURNAROUND CATEGORY REQUESTED:**<br>(*See Page 2 for descriptions of each service turnaround category.*) ||||
| [ ] Ordinary (30-Day)<br>[✓] 14-Day<br>[ ] Expedited (7-Day)<br>[ ] 3-Day || [ ] Daily<br>[ ] Hourly<br>[ ] RealTime ||
| 4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional). ||||
| DATE<br><br>07/01/2020 | SIGNATURE<br><br>s/Zachary T. Lee |||

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.