| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** || FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME Zachary T. Lee | TELEPHONE NUMBER 276-628-4161 ||
|---|---|---|---|
| DATE OF REQUEST 07/01/2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) USAVAW.ECFAbingdon@usdoj.gov |||
| MAILING ADDRESS 180 West Main Street, Suite B-19 || CITY, STATE, ZIP CODE Abingdon, VA 24210 ||
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR |||
| CASE NUMBER 1:20MJ92 | CASE NAME US v. James Brown || JUDGE'S NAME Sargent |
| DATE(S) OF PROCEEDING(S) 06/30/2020 | TYPE OF PROCEEDING(S) Bond hearing || LOCATION OF PROCEEDING Abingdon, VA |
| REQUEST IS FOR: (*Select one*)  ☐ FULL PROCEEDING  OR  ☑ SPECIFIC PORTION(S) (*Must specify below*) ||||
| SPECIFIC PORTION(S) REQUESTED (*If applicable*): testimony of witness, Viani Ayala ||||

| 3. **SERVICE TURNAROUND CATEGORY REQUESTED:** (*See Page 2 for descriptions of each service turnaround category.*) ||
|---|---|
| ☑ Ordinary (30-Day) | ☐ Daily |
| ☐ 14-Day | ☐ Hourly |
| ☐ Expedited (7-Day) | ☐ RealTime |
| ☐ 3-Day | |

| 4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional). ||
|---|---|
| DATE 07/01/2020 | SIGNATURE s/Zachary T. Lee |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov**.**

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.